UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JEAN FRANCOIS DAMON AND<br>JACQUELINE DAMON, | Civil No. 10-0092 (JRT/FLN) |
| Plaintiffs, | |
| v. | **ORDER** |
| DANIEL GROTEBOER, et al. | |
| Defendants. | |

_____

Sara Kalis and Steven Weintraut, **SIEGEL BRILL GREUPNER DUFFY & FOSTER, PA**, 100 Washington Avenue South, Suite 1300, Minneapolis, MN 55401, for plaintiffs.

Christopher Renz and David McGee, **THOMSEN & NYBECK, PA,** 3600 American Boulevard West, Suite 400, Bloomington, MN 55431; Sten-Erik Hoidal and Todd Wind, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for defendants.


This matter is before the Court on the Stipulation of Dismissal filed on March 26, 2010 [Docket No. 19].

**IT IS HEREBY ORDERED** that all claims brought by Plaintiffs in the above-captioned matter against Defendants Daniel Berndt, Daniel Penz, Jeremy Kane, James McPeak, Teresa Penz, Tom Haley, and Julie Schafer are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.


DATED: March 29, 2010  
at Minneapolis, Minnesota.

                                                          s/ John R. Tunheim  
                                                          JOHN R. TUNHEIM  
                                                 United States District Judge