_____

| | |
|---|---|
| JEAN FRANCIOS DAMON and<br>JACQUELINE DAMON, | Civil No. 10-0092 (JRT/FLN) |
| Plaintiffs, | **ORDER** |
| v. | |
| DANIEL GROTEBOER et al, | |
| Defendants. | |

_____

Kristin Kingsbury and Steven Weintraut, **SIEGEL BRILL GREUPNER DUFFY & FOSTER, PA**, 100 Washington Avenue South, Suite 1300, Minneapolis, MN 55401, for plaintiffs.

Christopher Renz and David McGee, **THOMSEN & NYBECK, PA**, 3600 American Boulevard West, Suite 400, Bloomington, MN 5541; Sten-Erik Hoidal and Todd Wind, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55431, for defendants.

This matter is before the Court on parties' Stipulation [Docket No. 58] for an extension to file objections to the Report and Recommendation. The Court finds that the parties have shown good cause for the requested extension.

Based upon parties' request, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The deadline for objections to the September 24, 2010, Report and Recommendation is extended from October 12, 2010, to **October 26, 2010**; and

2. The deadline for responses to any objections is extended from October 26, 2010, to **November 9, 2010**.

DATED: October 8, 2010
at Minneapolis, Minnesota.                    ____s/   John R. Tunheim____
                                              JOHN R. TUNHEIM
                                              United States District Judge